B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Georgia

In re  Morris Brown College
_____
Debtor

Case No.  12-71188-BEM
_____

Chapter  11
_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $30,990,367.21 | | |
| B - Personal Property | Yes | 3 | $1,562,729.85 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $23,078,810.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | $2,751,544.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $8,513,462.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 34 | $32,553,097.06 | $34,343,817.65 | |

B6A (Official Form 6A) (12/07)

In re    Morris Brown College                     ,                   Case No.    12-71188-BEM
_____
Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Land-643 Martin Luther King Jr. | Own | | 4,390,348.00 | 4,390,348.00 |
| Buildings-643 Martin Luther King Jr, Dr. , Atlanta, GA | Own | | 26,568,602.95 | 18,688,462.73 |
| Investment in Real Estate Atlanta, GA | Own | | 31,416.26 | None |
| | | Total ➤ | 30,990,367.21 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re **Morris Brown College** _____ ,
Debtor

Case No. **12-71188-BEM** _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | None | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Citizens Trust Bank Checking Accounts Capital City Bank Checking Account | | 67,649.28 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | None | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | None | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork located on the College Campus | | 378,150.00 |
| 6. Wearing apparel. | X | None | | |
| 7. Furs and jewelry. | X | None | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | None | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | None | | |
| 10. Annuities. Itemize and name each issuer. | X | None | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | None | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Morris Brown College                          ,          Case No.  12-71188-BEM
                    Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | None | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | None | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | None | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | None | | |
| 16. Accounts receivable. | | Student Receivables-Morris Brown Students | | 77,799.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | None | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | None | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | None | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | None | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | None | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **Morris Brown College** _____ ,       Case No.: **12-71188-BEM** _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | None | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | None | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | None | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1 Passenger Bus and 2 Automobiles Located 643 Martin Luther King, Jr. Dr | | 3,500.00 |
| 26. Boats, motors, and accessories. | X | None | | |
| 27. Aircraft and accessories. | X | None | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment Computers and Furnishings on the College Campus | | 53,530.82 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | None | | |
| 30. Inventory. | X | None | | |
| 31. Animals. | X | None | | |
| 32. Crops - growing or harvested. Give particulars. | X | None | | |
| 33. Farming equipment and implements. | X | None | | |
| 34. Farm supplies, chemicals, and feed. | X | None | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Bond Reserve Funds | | 982,099.75 |

_____ continuation sheets attached      Total ➤       $       1,562,728.85

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Morris Brown College                    ,         Case No.  12-71188-BEM
                    Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Valstone Partners 300 East Lombard Street Suite 1111 Baltimore, Maryland 21202 | | | Security Lien on Land and Buildings of the campus  VALUE $ 30,158,760.0 | | | | 16,368,359.88 | |
| ACCOUNT NO.  A.M.E. Church Finance Department 1134 11th Street NW Washington, DC 20001 | | | Security Lien on Land and Buildings of the campus  VALUE $ 30,158,760.0 | | | | 4,927,645.75 | |
| ACCOUNT NO.  U.S. Department of Education | | | Security Lien on John H. Lewis Gym  VALUE $ | | | | 1,153,777.32 | |

  2   continuation sheets
       attached

Subtotal ▶
(Total of this page)                                    $  22,449,782. 75      $

Total ▶
(Use only on last page)                                $                       $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Morris Brown College                      ,          Case No.  12-71188-BEM
Debtor                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shumate Mechanical<br><br>- | | | FIFA Lien<br><br>VALUE $ | | | | 32,524.91 | |
| ACCOUNT NO.<br><br>Commerce & Industry Insurance | | | FIFA Lien<br><br>VALUE $ | | | | 9,570.31 | |
| ACCOUNT NO.<br><br>General Electric<br>3135 Easton Turnpike<br>Fairfield, CT 06828 | | | FIFA Lien<br><br>VALUE $ | | | | 265,892.73 | |
| ACCOUNT NO.<br><br>Mechnical & Plumbing Solutions<br>83 Clark<br>Newnan, GA 30263 | | | FIFA Lien<br><br>VALUE $ | | | | 152,592.88 | |
| ACCOUNT NO.<br><br>Mechnical & Plumbing Solutions<br>83 Clark<br>Newnan, GA 30263 | | | Mechanic's Lien<br><br>VALUE $ | | | | 116,712.22 | |

Sheet no.  2  of  2  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$  577,293.05

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Morris Brown College                        ,        Case No.   12-71188-BEM
                        Debtor                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Premier Contract Carpet <br> 150 Royal Woods Ct. <br> Tucker, GA 30084 | | | Mechanic's Lien on MBC Stadium <br><br> VALUE $ | | | | 51,734.75 | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

Sheet no._2_of_2_continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 51,734.75      $

Total(s) ▶
(Use only on last page)

$ 23,078,810.75      $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re Morris Brown College
_____
Debtor

Case No. 12-71188-BEM
_____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_____

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College _____ ,          Case No. 12-71188-BEM _____
              Debtor                                     (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_9_  continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College                    ,          Case No.  12-71188-BEM
_____          _____
                Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Salaries & Wages                                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Gloria L. Anderson<br>560 Lynn Valley Rd SW<br>Atlanta, GA 30311 | | | 10/31/2008 to 7/31/2012 | | | | 204,585.30 | 11,725.00 | 192,860.30 |
| **Account No.**<br><br>Stacey Barrett<br>702 MLK Jr Drive NW<br>Atlanta, GA 30314 | | | 9/30/11 to 6/30/12 | | | | 67,950.00 | 11,725.00 | 56,225.00 |
| **Account No.**<br><br>Todd Blackburn<br>230 Pine Knoll Court<br>Ellenwood, GA 30294 | | | 10/31/08 to 7/31/12 | | | | 114,859.50 | 11,725.00 | 103,134.50 |
| **Account No.**<br><br>Joe B. Brown<br>6950 Stone Breeze Dr.<br>Stone Mountain, GA 30087 | | | 10/31/08 to 6/30/12 | | | | 12,840.00 | 2,160.00 | 10,680.00 |

Sheet no. 1  of  9  continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 400,234.80    $ 37,335.00    362,899.80

Total▶
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)    $

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College _____,    Case No.  12-71188-BEM _____
  Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Salaries & Wages                                        Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND,WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Edward Butler<br>1424 Thomas Rd–<br>Decatur, GA 30030 | | | 10/31/08 to 6/30/12 | | | | 50,880.00 | 5,040.00 | 45,840.00 |
| Account No.<br><br>Hector C. Butts<br>3260 Wyndham Parkway<br>Decatur, GA 30034 | | | 10/31/08 to 6/30/12 | | | | 163,539.79 | 11,725.00 | 151,814.79 |
| Account No.<br><br>Vivian El-Amin<br>1344 Cascade Falls Ct<br>Atlanta, GA 30311 | | | 10/31/08 to 7/31/12 | | | | 142,606.24 | 11,725.00 | 130,881.24 |
| Account No.<br><br>Terronce Estell<br>2158 Larchwood St.<br>Atlanta, GA 30310 | | | 10/31/08 to 7/31/12 | | | | 74,084.00 | 11,725.00 | 62,359.00 |

Sheet no. 2 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶  (Totals of this page)    $ 431,110.03    $ 40,215.00    390,895.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College _____,   Case No.  12-71188-BEM _____
              **Debtor**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Salaries & Wages

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Nasrolah R. Farokhi <br> 101 Hunting Creek Drive <br> Marietta, GA 30068 | | | 10/31/08 to 6/30/12 | | | | 113,775.00 | 11,725.00 | 102,050.00 |
| Account No. <br> Anissa Ferrell <br> P.O. Box 50633 <br> Atlanta, GA 30321 | | | 9/15/09 to 7/31/12 | | | | 50,389.00 | 11,725.00 | 38,664.00 |
| Account No. <br> Ruth Glover <br> 462 West Kildare Avenue <br> Atlanta, GA 30318 | | | 1/30/09 to 6/30/12 | | | | 19,440.00 | 4,320.00 | 15,120.00 |
| Account No. <br> JoAnn Googer <br> 2632 Patrick Ct SE <br> Atlanta, GA 30317 | | | 10/31/08 to 7/31/12 | | | | 92,051.67 | 11,725.00 | 80,326.67 |

Sheet no._3_ of _9_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $ 275,655.67   $ 39,495.00   236,160.60

Total➤
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)   $

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $                    $              $

B 6E (Official Form 6E) (04/10) – Cont.

In re __Morris Brown College_____,    Case No. __12-71188-BEM_____
    Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Salaries & Wages    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bettye Howard-Whitfield <br> 3554 Fairburn Place <br> Atlanta, GA 30331 | | | 9/15/09 to 6/30/12 | | | | 4,560.00 | 2,160.00 | 2,400.00 |
| Account No. <br><br> Robert Johnson <br> 1333 Stillwood Dr. <br> Atlanta, GA 30306 | | | 10/31/08 to 7/31/12 | | | | 131,634.67 | 11,725.00 | 119,909.67 |
| Account No. <br><br> Jamie V. Mitchell <br> 1310 Aniwaka Ave., SW <br> Atlanta, GA 30311 | | | 10/31/08 to 6/30/12 | | | | 103,038.90 | 11,725.00 | 91,313.90 |
| Account No. <br><br> Sandra Patman <br> 2601 Plantation Dr. <br> East Point, GA 30344 | | | 10/31/08 to 7/31/12 | | | | 63,874.79 | 11,725.00 | 52,149.79 |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 303,108.36    $ 37,335.00    265,773.30

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College _____ ,   Case No. 12-71188-BEM _____
         **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Salaries & Wages                                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Eddie W. Peacock <br> 1312 M. L. King Jr. Dr <br> Atlanta, Ga 30314 | | | 10/31/08 to 6/30/12 | | | | 32,630.12 | 2,880.00 | 29,750.12 |
| Account No. <br> Calvin Pender <br> 3018 Harvest Ridge <br> Decatur, GA 30032 | | | 10/31/08 to 7/31/12 | | | | 11,636.83 | 1,152.00 | 10,484.83 |
| Account No. <br> Jacqueline Pollard <br> 120 San Marino Court <br> College Park, GA 30349 | | | 10/31/08 to 7/31/12 | | | | 205,106.24 | 11,725.00 | 193,381.24 |
| Account No. <br> Stanley J. Pritchett <br> 523 Monteagle Trace <br> Stone Mountain, GA 30087 | | | 10/31/08 to 7/31/12 | | | | 275,558.48 | 11,725.00 | 263,833.48 |

Sheet no. 5 of 9 continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)       $ 524,931.67   $ 27,482.00   497,449.60

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $         $

B 6E (Official Form 6E) (04/10) – Cont.

In re __Morris Brown College_____,    Case No. __12-71188-BEM____
　　　　Debtor    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Salaries & Wages                                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lee A. Ransaw<br>501 Breakwater Terrace<br>Stone Mountian, GA 30087 | | | 10/31/08 to 6/30/12 | | | | 21,480.00 | 3,240.00 | 18,240.00 |
| Account No.<br><br>Alice Rhodes-Hinsley<br>4460 Lovridge Dr., SW<br>Atlanta, GA 30331 | | | 10/31/08 to 6/30/12 | | | | 23,980.00 | 7,560.00 | 16,420.00 |
| Account No.<br><br>Toledo A. Riley<br>462 West KildareAve. NE<br>Atlanta, GA 30314 | | | 10/31/08 to 7/31/12 | | | | 171,439.16 | 11,725.00 | 159,714.16 |
| Account No.<br><br>Ambrose Sartee<br>1895 Jamaitis Way<br>Conley, GA 30288 | | | 10/31/08 to 6/30/12 | | | | 25,362.74 | 3,300.00 | 22,062.74 |

Sheet no. _6_ of _9_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 242,261.90    $ 258,925.00    216,436.90

Total▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/10) — Cont.

In re Morris Brown College _____,  Case No. 12-71188-BEM
Debtor                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Salaries & Wages                                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mattie Sherrell <br> 4670 Santa Fe Trail <br> Atlanta, GA 30331 | | | 10/31/08 to 7/31/12 | | | | 141,597.20 | 11,725.00 | 129,872.20 |
| Account No. <br><br> Esmond Skeete <br> 477 Oak Hill Circle <br> Stone Mountain, GA 30083 | | | 1/30/09 to 6/30/12 | | | | 84,150.00 | 11,725.00 | 72,425.00 |
| Account No. <br><br> Geoffrey Thompson <br> 643 MLK Jr, Dr <br> Atlanta, GA 30314 | | | 10/31/08 to 6/30/12 | | | | 33,300.00 | 8,800.00 | 24,500.00 |
| Account No. <br><br> William Vickers <br> 644 Skipper Drive NW <br> Atlanta, GA 30318 | | | 10/31/08 to 7/31/12 | | | | 46,643.80 | 6,160.00 | 40,483.80 |

Sheet no. 7 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)  $ 305,691.00   $ 38,410.00   267,281.00

Total▶  $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College _____,    Case No. __12-71188-BEM____
            Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Salaries & Wages                                    Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Tamika Morrison 773 Woodstone Road Lithonia, GA 30058 | | | | | X | | 8,505.09 | 2,160.00 | 6,345.09 |
| Account No. | | | | | | | | | |
| Sheadrick Stevenson 3874 Saddlridge Dr Lithonia, GA 30038 | | | | | X | | 37,384.22 | 0.00 | 37,384.22 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. 8  of  9 continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 45,889.31   $ 2,160.00   43,729.31

Total▶   $
(Use only on last page of the completed
Schedule E  Report also on the Summary
of Schedules.)

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $   $

B 6E (Official Form 6E) (04/10) – Cont.

In re  Morris Brown College_____,   Case No.  12-71188-BEM____
         **Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Department of the Treasury Internal Revenue Service | | | | | X | | 102,319.26 | 102,319.26 | |
| Account No. | | | | | | | | | |
| Georgia Department of Revenue P.O. Box 105499 Atlanta, GA 30374 | | | | | X | | 41,010.00 | 41,010.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)   $ 143,329.26   $ 143,329.20

Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)   $ 2,751,544.14

Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 624,686.20   $ 2,126,857.94

B 6F (Official Form 6F) (12/07)

In re  Morris Brown College                          ,          Case No.  12-71188-BEM
_____
Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 8/18/08 | | | | |
| Acme Cleaning & Consultant 8380 Dawn Dr Jonesboro, GA 30236 | | | | | X | | 1,378.81 |
| ACCOUNT NO. | | | 7/31/12 | | | | |
| Acosta Technologies 4002 Hwy 78 Suite 530-307 Snellville, GA 30039 | | | | | X | | 4,140.00 |
| ACCOUNT NO. | | | 6/11/12 | | | | |
| ADP, Inc 5680 New Northside Drive Atlanta, GA 30328 | | | | | X | | 747.11 |
| ACCOUNT NO. | | | 8/19/09 | | | | |
| ADT Securtyc/o Curtain Law 2964 Peachtree Road Suite 200 Atlanta, GA 30305 | | | | | X | X | 7,197.83 |

<u>15</u>  continuation sheets attached

Subtotal►  $   13,463.75

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                    ,     Case No.  12-71188-BEM
                   Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> All Pro Turf <br> 675 Legend Court <br> Atlanta, GA 30331-6377 | | | 7/1/08 | | X | | 2,000.00 |
| ACCOUNT NO <br> AT&T <br> 208 South Akard Street <br> Dallas, TX 75202 | | | 7/1/08 | | X | | 21,844.35 |
| ACCOUNT NO. <br> AT&T Long Distance Service <br> 208 South Akard St <br> Dallas, TX 75202 | | | 12/1/11 | | X | | 720.30 |
| ACCOUNT NO. <br> Bank of America <br> 100 N. Tryon St. <br> Charlotte, NC 28255 | | | 6/30/04 | | X | | 2,754,000.00 |
| ACCOUNT NO. <br> Barbara Waymer <br> 4639 Ravenwood Loop <br> Union City, GA 30291 | | | 10/15/08 | | X | | 20,895.90 |

Sheet no. _____ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  2,799,460.55

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                    ,          Case No.  12-71188-BEM
                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jabir Bashir <br> 430 Hillside Drive <br> Atlanta, GA 30310 | | | 7/1/08 | | X | | 27,686.71 |
| ACCOUNT NO. <br><br> Albert Berkoh <br> P.O. Box 733 <br> Princeton, WV 24740 | | | 7/1/08 | | X | | 2,510.00 |
| ACCOUNT NO. <br><br> Brandy Gray <br> 2745 Old Hapeville Rd. | | | 6/4/12 | | X | | 3,476.25 |
| ACCOUNT NO. <br><br> Maurice Campbell <br> 339 Howell Dr. SE Apt 3-A <br> Atlanta, GA 30316 | | | 7/1/08 | | X | | 29,186.26 |
| ACCOUNT NO. <br><br> Cintas Fire Protection <br> 1705 Corporate Dr, Ste 440 <br> Norcross, GA 30093 | | | 9/30/08 | | X | | 4,811.54 |

Sheet no. 2 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 67,670.76

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College _____ ,        Case No.  12-71188-BEM _____
                  **Debtor**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Comcast Comcast One, Comcast CTR Philadelphia, PA 19103-2838 | | | 11/2/11 | | X | X | 1,423.64 |
| ACCOUNT NO. Daktronics 201 Daktronics Dr. Brookings, S.D. 57006-5128 | | | 11/15/02 | | X | | 15,900.00 |
| ACCOUNT NO. Iris Davidson 287 Lincoln St., SW Atlanta, GA 30315 | | | 10/15/08 | | X | | 6,690.80 |
| ACCOUNT NO. Dill Printing 1729 S. Alverado Terrace Atlanta, GA 30311 | | | 12/04/08 | | X | | 3,063.00 |
| ACCOUNT NO. Divine Fulfillment Institute 2375 Wesley Chapel Rd #3-1234 Decatur, GA 30035 | | | 3/1/12 | | X | | 10,000.00 |

Sheet no. _3_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  37,077.44

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                                    ,                    Case No.  12-71188-BEM
                  **Debtor**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Leroy Frazier 2375 Wesley Chapel Rd #3-1234 Decatur, GA 30035 | | | 10/15/08 | | X | | 73,965.28 |
| ACCOUNT NO.  Elevator Specialist 1244 Techwood Dr, NW Atlanta, GA 30318 | | | 10/19/06 | | X | | 1,735.32 |
| ACCOUNT NO.  E-Vision, Inc ,1135 Grande-Alle, Quest OFC 310, Quebec, QC G1S 1E7 | | | 3/08/07 | | X | | 1,500.00 |
| ACCOUNT NO.  Vendolyn Frazier 5795 Penfield Place College Park, GA 30349 | | | 10/15/08 | | X | | 6,127.95 |
| ACCOUNT NO.  Fulton County Tax Commissioner, 141 Pryor St Atlanta, GA 30303 | | | 9/25/09 | | X | | 3,864.11 |

Sheet no.  4  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  87,192.66

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College _____ ,   Case No. 12-71188-BEM
        **Debtor**           **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GE Capital <br> 901 Main Ave <br> Norwalk, CT 06828 | | | 12/7/08 | | X | | 37,561.89 |
| ACCOUNT NO. <br><br> Georgia Power <br> 241 Ralph McGill Blvd., NE <br> Atlanta, GA 30308 | | | 4/3/09 | | X | | 1,985,601.59 |
| ACCOUNT NO. <br><br> Lolita Grant <br> 3780 Misty Lake <br> Ellenwood, GA 30294 | | | 2/28/09 | | X | | 11,443.74 |
| ACCOUNT NO. <br><br> Joe A Haynie <br> 109 Talon Place <br> McDonough, GA 30253 | | | 10/15/08 | | X | | 9,785.69 |
| ACCOUNT NO. <br><br> Johnson Controls <br> 5757 N. Green Bay Ave <br> Milwaukee, WI 53209 | | | 8/25/09 | | X | | 528.00 |

Sheet no. _5_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2,044,920.91

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                    ,          Case No.  12-71188-BEM
_____                         _____
                Debtor                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Henry Johnson <br> 3958 Fennel Circle <br> Atlanta, GA 30331 | | | 10/15/08 | | X | | 35,888.89 |
| ACCOUNT NO. <br><br> Marvin King <br> 2155 Highpoint Trail <br> Atlanta, Ga 30331 | | | 10/15/08 | | X | | 18,976.39 |
| ACCOUNT NO. <br><br> Daymond L Langford <br> 1708 Charmeth Road <br> Lithonia, GA 30058 | | | 10/15/08 | | X | | 29,718.16 |
| ACCOUNT NO. <br><br> Law Enforcement Systems <br> 930 W 5th Ave <br> Coriscana, TX 75151-1835 | | | 10/15/08 | | X | | 117.00 |
| ACCOUNT NO. <br><br> Sheila Lewis <br> 210 Auburn Ave #110 <br> Atlanta, GA 30303 | | | 10/15/08 | | X | | 35,660.00 |

Sheet no. __6__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  120,360.44

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Morris Brown College                              ,          Case No.   12-71188-BEM
_____
Debtor                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mack Plumbing Parts 2870 Forrest Hills Dr. SW Atlanta, GA 30315 | | | 06/09/05 | | X | | 578.28 |
| ACCOUNT NO. Mobilecause, Inc 5023 N Parkway Calabasas Calabasas, CA 91302 | | | 7/30/12 | | X | | 16.00 |
| ACCOUNT NO. Office of Research Financial 260 University Ctr Atlanta, GA 30302 | | | 7/24/08 | | X | | 39,711.00 |
| ACCOUNT NO. Alix Pierre 55 Maple Street NW # 505 Atlanta, GA 30314 | | | 10/15/08 | | X | | 66,856.74 |
| ACCOUNT NO. Eustache Placide 1308 Silver Spur Ct Lithonia, GA 30058 | | | 10/15/08 | | X | | 26,576.90 |

Sheet no. __7__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 133,738.92

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                    ,          Case No.  12-71188-BEM
_____
                Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Republic Services <br> 18500 N. Allied Way <br> Phoenix, AZ 82054 | | | 7/25/12 | | X | | 3,200.60 |
| ACCOUNT NO. <br> Ri-Tec <br> 3126 Moon Station Rd <br> Kennesaw, GA 30144 | | | 2/11/03 | | X | | 2,130.99 |
| ACCOUNT NO. <br> Robert W. Woodruff Library <br> 111 James P Brawley Drive <br> Atlanta, GA 30314 | | | 9/15/05 | | X | | 56,538.52 |
| ACCOUNT NO. <br> Sports Authority <br> 1050 W. Hampden Ave <br> Englewood, Co 80110 | | | 11/1/02 | | X | | 4,610.00 |
| ACCOUNT NO. <br> Systel <br> 1171 Hidden Brook Lane <br> Suwanee, GA 30024 | | | 10/9/07 | | X | | 850.00 |

Sheet no. __8__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  67,330.11

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College_____,        Case No.  12-71188-BEM_____
          Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> T& R Mechanical Contrac <br> 1740 Campbell Ives Dr. SW <br> Atlanta, GA 30303 | | | 5/5/05 | | X | | 17,920.20 |
| ACCOUNT NO. <br> Prime Professional Consult. <br> 7025 Grinder Drive <br> Austell, GA 30168 | | | 10/26/06 | | X | | 30,000.00 |
| ACCOUNT NO. <br> Telecheck Services <br> 5251 Westheimer Ste 1000 <br> Houston, TX 77056 | | | 10/31/11 | | X | | 20.61 |
| ACCOUNT NO. <br> Grace Terrell-McCoy <br> 2115 Fern Valley Dr., SW <br> Atlanta, GA 30331 | | | 10/15/08 | | X | | 37,953.76 |
| ACCOUNT NO. <br> The Communique Group <br> 3264 Westport Way SW <br> Atlanta, GA 30311 | | | 7/30/08 | | X | | 3,180.00 |

Sheet no. 9 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 89,074.57

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                                    ,                    Case No.  12-71188-BEM
_____Debtor_____                                                              _____(if known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Thomas HVAC 1418 Lilburn Stn Mtn Road Stone Mountain, GA 30087 | | | 5/11/09 | | X | | 86.83 |
| ACCOUNT NO. T-Mobile 12920 SE 38th St Bellevue, WA 98006 | | | 4/9/09 | | X | | 2,461.09 |
| ACCOUNT NO. Toshiba Business Soulutions 2 Music Irvine, CA 92618 | | | 7/1/08 | | X | | 7,283.82 |
| ACCOUNT NO. Toshiba Financial Services 2 Music Irvine , CA 92618 | | | 7/1/08 | | X | | 19,096.32 |
| ACCOUNT NO. Turner Theological Seminary 673 Beckwith Sr, SW Atlanta, GA 30314 | | | 9/30/07 | | X | | 28,655.00 |

Sheet no. __10__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 57,583.06

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                    ,        Case No.  12-71188-BEM
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Virgle David <br> 656 Ferris St <br> Atlanta, GA 30310 | | | 8/2/12 | | X | | 7,000.00 |
| ACCOUNT NO. <br><br> Maxine Wright <br> 1633 Samanth Place <br> Marietta, GA 30008 | | | 6/1/12 | | X | | 2,850.00 |
| ACCOUNT NO. <br><br> Lucius A Williams <br> 820 Chapman Circle <br> Stone Mountain, GA 30088 | | | 7/31/12 | | X | | 3,502.00 |
| ACCOUNT NO. <br><br> James E Dearing PC <br> 730 Peachtree St., NE <br> Atlanta, GA 30308 | | | 10/24/11 | | X | | 14,187.50 |
| ACCOUNT NO. <br><br> Morris Manning & Martin <br> 3343 Peachtree Rd <br> Atlanta, GA 30326 | | | 9/30/07 | | X | | 126,538.30 |

Sheet no. __11__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  154,077.80

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont

In re  Morris Brown College_____,    Case No.  12-71188-BEM_____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Advance Learning Network<br>9339 22nd Ave NW<br>Seattle, WA 98117 | | | 6/1/97 | | X | | 80,000.00 |
| **ACCOUNT NO.**<br>Atlanta University Center<br>111 James P Brawley Drive<br>Atlanta, GA 30314 | | | 6/1/03 | | X | | 2,404,279.84 |
| **ACCOUNT NO.**<br>Brown Design Group<br>3099 Washington Rd<br>Atlanta, GA 30344 | | | 8/8/07 | | X | | 56,021.90 |
| **ACCOUNT NO.**<br>Boathouse<br>425 E. Hunting Park Ave<br>Philadelphia, PA 19124 | | | 10/4/02 | | X | | 39,177.58 |
| **ACCOUNT NO**<br>Brownstone Construction Mgt<br>2870 Peachtree Rd #149<br>Atlanta, GA 30345 | | | 4/10/08 | | X | | 6,400.00 |

Sheet no. __12__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2,585,879.32

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Morris Brown College                              ,        Case No.   12-71188-BEM
_____              _____
                Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Carter Brothers Fire & Life<br>500 W Cypress Rd ste 650<br>Ft. Lauderdale, 33309 | | | 8/22/08 | | X | | 6,348.00 |
| ACCOUNT NO.<br><br>Chief Fire Protection<br>689 Whitehall St<br>Atlanta, GA 30310 | | | 8/15/05 | | X | | 1,231.00 |
| ACCOUNT NO.<br><br>D. Christopher Lake<br>3839 Walnut Path<br>Lithonia, Ga 30038 | | | 5/17/12 | | X | | 600.00 |
| ACCOUNT NO.<br><br>Dick Pond Athletics<br>26 W 321 St Charles Rd<br>Carol Stream, IL 60188 | | | 2/15/02 | | X | | 2,594.80 |
| ACCOUNT NO.<br><br>Discount Mailing Service<br>2459 Perkerson Rd<br>Atlanta, GA 30315 | | | 12/5/11 | | X | | 2,151.30 |

Sheet no.  13  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $  12,925.10

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Morris Brown College                          ,      Case No.   12-71188-BEM
                    Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Epstein Becker & Green<br>945 E Paces Ferry Rd Ste 2700, Atlanta, Ga 30326 | | | 9/14/07 | | X | | 53,167.50 |
| ACCOUNT NO.<br><br>Financal Accounting Mgt<br>4525 Flat Shoals Pkwy<br>Decatur, GA 30034 | | | 2/14/09 | | X | | 6,384.00 |
| ACCOUNT NO.<br><br>First Class, Inc.<br>450 Hickory Glenn Lane<br>Atlanta, GA 30311 | | | 6/2/09 | | X | | 51,000.00 |
| ACCOUNT NO.<br><br>Gas South | | | 2/15/02 | | X | | 558.12 |
| ACCOUNT NO.<br><br>Georgia Natural Gas | | | 4/1/04 | | X | | 58,843.75 |

Sheet no. __14__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 169,953.37

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Morris Brown College                    ,        Case No. 12-71188-BEM
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Hollowell, Foster, Gepp<br>233 Peachtree, 1200 Harris Twr, Atlanta, GA 30303 | | | 5/4/10 | | X | | 61,000.00 |
| ACCOUNT NO. <br><br>Greenburg Taureg, LLP<br>3290 Northside Pkwy, 400<br>Atlanta, GA 30327 | | | 2/14/09 | | X | | 6,384.00 |
| ACCOUNT NO. <br><br>Hancock Board of Education<br>12480 Augusta Hwy<br>Sparta, GA 31087 | | | 6/29/08 | | X | | 5,370.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. 15 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 72,754.00

Total▶ $ 8,513,462.76
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Morris Brown College          ,          Case No.  12-71188-BEM
              Debtor                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Champs/More Than Conquers, Inc<br>Ms. Phillipis Faust<br>643 Martin Luther King Jr, Dr<br>Atlanta, GA 30314 | Lease for office space in the administration building of Morris Brown College. Non residential real property The debtor is the fee owner |
| United States Post Office<br>Mr. John Gordon, Real Estate Specialist<br>Eastern FSO<br>P.O. Box 27497<br>Greensboro, NC 2798 | Lease for Postal delivery building, Nonresidewntial lease for 5 years. The debtor is the fee ownder |
| Bellsouth Mobility d/b/a Cingular Wireless<br>5600 Glenridge Drive<br>Atlanta, GA 30342<br>Attn: Real Estate Manager | Lease is for the attachment of a phone tower on the rooftop of Borders Towers located on the campus of Morris Brown College.  This is a nonresidential lease with a five year term with option.  The debtor is the fee owner. |
| Interdenominational Theological Center<br>Dr. Peters, President<br>702 Martin LUther King Jr. Dr.<br>Atlanta, GA 30314 | Lease is for offices and classrooms located in the Hickman Studnet Center.  The lease is for one year with option for an additional 6 months.  This is a nonresidential lease.  The debtor is the fee owner. |
|  |  |
|  |  |

B 6G (Official Form 6G) (12/07)

In re __Morris Brown College_____ ,          Case No.__12-71188_____
                    **Debtor**                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cintas<br>1705 Corporate Drive<br>Suite 440<br>Norcross, GA  30083 | Contract for fire safety and code compliance. |
| Secured Protection Services<br>1729 Leslie Avenue, SW<br>Atlanta, GA  30311 | Contract to provide 24 hour security on the campus. |
| Acosta Technologies<br>4002 Hwy 78<br>Suite 530-307<br>Snellville, GA 30039 | Contract to provide technical services and other support to the College. |
| Cook's Pest Control<br>6447 Evans Drive<br>Rex, GA 30273 | Contract to provide pest control for the College. |
| Murrell's at Scholars<br>643 Martin Luther King Dr<br>Atlanta, GA 30314 | Contract to provide food service to students. |
| ADP Payroll Services<br>2575 Westside Parkway<br>Alpharetta, GA 30004 | Contract to provide payroll services to the College. |

B 6G (Official Form 6G) (12/07)

In re  Morris Brown College                        ,          Case No. 12-71188
                    **Debtor**                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Populi College Management<br>P.O. Box 9481<br>Moscow, ID 83843 | Contract to provide student management systems for the College. |
| Eoserve Corporation<br>1560 Sawgrass Corporate Pkwy.<br>Sunrise, FL 33323 | Contract provides online support services for the College. |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

**In re**  Morris Brown College                 ,        **Case No.**  12-71188-BEM
                    **Debtor**                                                        **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None | |